FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 10 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03028-BNB

MARCUS F. CORDOVA,

Plaintiff,

v.

THE EXECUTIVE DIRECTOR OF THE COLO. DEPT. OF CORRECTIONS, UNKNOWN DOCTOR WORKING AT THE COLO. DEPT. OF CORRECTIONS, and SUSAN JONES, Warden of Colo. State Penitentiary,

Defendants.

---

ORDER OF DISMISSAL

---

Plaintiff, Marcus F. Cordova, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Colorado State Penitentiary. On December 28, 2009, Mr. Cordova submitted to the Court a ***pro se*** Prisoner Complaint pursuant to 42 U.S.C. § 1983, a letter, a certificate of service and a Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915. On December 30, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action, and granted Mr. Cordova leave to proceed pursuant to 28 U.S.C. § 1915.

The December 30 Order requires Mr. Cordova to pay the full amount of the $350.00 filing fee in installments and directs him to pay an initial partial filing fee of $9.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. Cordova that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets

and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Mr. Cordova has not communicated with the Court since December 28, 2009. Therefore, Mr. Cordova has now failed either to pay the initial partial filing fee within the time allowed, as designated in the December 30 Order, or in the alternative to show cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Mr. Cordova's failure either to pay an initial partial filing fee of $9.00 or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this 10 day of February, 2010.

BY THE COURT:

Christine M. Arguello for

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-03028-BNB

Marcus F. Cordova
Prisoner No. 119668
CSP – Unit B1-1-17
PO Box 777
Cañon City, CO 81215-0777

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/10/10

GREGORY C. LANGHAM, CLERK

By: ______________________
Deputy Clerk